IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 SEP 22  PM 2:08

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>WILLIAM TAYLOR,<br><br>                    Defendant. | No. 21-CR-110-S<br><br>Ct 1: 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B)<br>(Conspiracy to Distribute Methamphetamine)<br><br>Ct 2: 21 U.S.C. § 841(a)(1), (b)(1)(B)<br>(Possession with Intent to Distribute Methamphetamine) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about July 1, 2020, through and including on or about July 13, 2021, in the District of Wyoming and elsewhere, the Defendant, **WILLIAM TAYLOR**, did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree together and with other persons known and unknown to the grand jury to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B).

### COUNT TWO

On or about July 13, 2021, in the District of Wyoming, the Defendant, **WILLIAM TAYLOR**, did knowingly, intentionally, and unlawfully possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

A TRUE BILL:

*/s/ Ink Signature on File in Clerk's Office*
FOREPERSON

_____
L. ROBERT MURRAY
Acting United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | WILLIAM TAYLOR |
| **DATE:** | September 20, 2021 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |

**OFFENSE/PENALTIES:**

Ct: 1   21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B)
(Conspiracy to Distribute Methamphetamine)

5-40 Years Imprisonment
Up To $5,000,000 Fine
4 Years Supervised Release
$100 Special Assessment

Ct: 2   21 U.S.C. § 841(a)(1), (b)(1)(B)
(Possession with Intent to Distribute Methamphetamine)

5-40 Years Imprisonment
Up To $5,000,000 Fine
Nlt 4 Years To Life Supervised Release
$100 Special Assessment

**TOTALS:**

10-80 Years Imprisonment
Up To $10,000,000 Fine
Nlt 4 Years To Life Supervised Release
$200 Special Assessment

| | |
|---|---|
| **AGENT:** | Richard J. Fergon, USPIS |
| **AUSA:** | Timothy J. Forwood, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |