# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

10:07 am, 11/8/21

**Margaret Botkins
Clerk of Court**

| UNITED STATES OF AMERICA | |
|---|---|
| vs. | |
| WILLIAM TAYLOR | Case Number:  21-CR-110-SWS |
| Defendant. | |

**ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET**

Date  November 8, 2021     Time    9:14 - 9:36 a.m.

☐ Arraignment   ☑ Change of Plea     Before the Honorable    Scott W. Skavdahl

Interpreter:                                           Int. Phone:

| Kim Blonigen | Megan Strawn | Laura Conrad | Ted Bracke |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES  Government: T.J. Forwood

Defendant:   Craig Silva

☐ FPD  ☑ PANEL-CJA  ☐ RETAINED  ☐ WAIVED

☐ Defendant Waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s)   1   of an Indictment
☐ *Nolo Contendere*

| NOT GUILTY PLEA | GUILTY PLEA |
|---|---|
| ☐ Court accepts *Nolo Contendere* Plea | ☑ Court is satisfied there is factual basis for plea of guilty |
| ☐ Court orders discovery per Rule 16 FRCrP | ☑ Defendant referred to probation for presentence investigation |
| ☐ Court orders access to Grand Jury Transcripts | ☑ Defendant advised on consequences of a plea of guilty |
| ☐ Motions to be filed in _____ days or on/before _____ | ☑ Plea agreement filed |
| ☐ Trial date set for _____ at _____ in _____ | ☑ Sentencing set for  February 2, 2022  at  8:15 a.m.  in  Courtroom #2, Casper, WY |
| | ☐ Plea conditionally accepted |
| ☐ Speedy trial expires on _____ | ☑ Count(s)  2  to be dismissed at time of sentencing |
| ☐ Other _____ | |

BOND IS       ☑ Defendant is detained
              ☐ Set at _____   ☐ Cash or Surety   ☐ Unsecured
              ☐ Continued on the same terms and conditions
              ☐ Continued on bond with the following conditions:
              ☐ Released on bond with the following conditions:

☐ 3rd party custody of _____            ☐ Seek/Maintain employment
☐ Report to Pretrial Services as directed       ☐ Travel restricted to _____
☐ Maintain current residence                    ☐ Abide by the following curfew _____
☐ Not use or possess firearms/ammunition/explosives   ☐ Not use or possess controlled substances/drugs
☐ Not use or possess alcohol                    ☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing                ☐ Avoid all contact with _____
☐ Surrender passport to _____           ☐ Post property or sum of money _____
☐ Obey all laws.  Federal, State and Local      ☐ Do not obtain passport
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other _____